UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EDWARD A. CANIGLIA,<br>*Plaintiff*<br><br>v.<br><br>ROBERT F. STROM, as the Finance Director of the CITY OF CRANSTON, the CITY OF CRANSTON, et al<br>*Defendants* | C.A. No. 15-525-M-LDA |

## STIPULATION FOR AN EXTENSION OF TIME

Plaintiff and Defendants stipulate that, with regard to Plaintiff's Interrogatories addressed to Defendants Russell Henry, Wayne Russell, Robert Quirk, Austin Smith, Brandon Barth and John Mastrati, all propounded on July 18, 2017, and currently due on August 17, 2017, each Defendant shall have an additional thirty (30) days, up to and including September 16, 2017, to provide answers, responses and/or objections.

| | |
|---|---|
| Plaintiff,<br>By his Attorneys, | Defendants,<br>By their Attorneys, |
| */s/Rhiannon Huffman*<br>Rhiannon S. Huffman #8642<br>Thomas W. Lyons #2946<br>Strauss, Factor, Laing & Lyons<br>One Davol Square, Suite 305<br>Providence, RI 02903<br>401-456-0700<br>rhuffman@straussfactor.com | */s/ Marc DeSisto*<br>Marc DeSisto, Esq.<br>DeSisto Law LLC<br>60 Ship St.<br>Providence, RI 02903<br>401-272-4442<br>marc@desistolaw.com |

Dated: August 11, 2017