UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD A. CANIGLIA,  :
   *Plaintiff,*  :
     :
v.  :  C.A. No. 1:15-cv-00525-JJM-LDA
     :
ROBERT F. STROM as the Finance Director of  :
THE CITY OF CRANSTON, et al.  :
   *Defendants.*

## CONSENT ORDER

In view of the Plaintiff's intent to file a Petition for Certiorari to the United States Supreme Court and with the agreement of the Parties, Plaintiff's petition for fees and costs shall be held in abeyance until further Order of this Court.

ENTERED:

_____
Chief U.S. District Judge

DATED:

May 15, 2020

**Agreed as to form and substance:**

EDWARD CANIGLIA,
By his attorneys,


*/s/ Thomas W. Lyons*
Thomas W. Lyons, Esq. (#2946)
Rhiannon S. Huffman, Esq. (#8642)
RHODE ISLAND AFFILIATE,
AMERICAN CIVIL LIBERTIES UNION
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com
rhuffman@straussfactor.com

DEFENDANTS
By their attorneys,


*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
Patrick Cunningham, Esq. (#4749)
DESISTO LAW LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com
patrick@desistolaw.com

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that the within document has been electronically filed with the Court on this 13th day of May 2020 and is available for viewing and downloading from the ECF system.

Thomas W. Lyons, Esq. #2946
tlyons@straussfactor.com

Rhiannon S. Huffman, Esq. #8642
rhuffman@straussfactor.com

                                           */s/ Marc DeSisto*