UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD A. CANIGLIA,
    *Plaintiff,*

v.                                                             C.A. No. 15-525-JJM-LDA

ROBERT F. STROM as the Finance Director
Of the CITY OF CRANSTON, et al.
    *Defendants.*

## STIPULATION OF THE PARTIES EXTENDING RESPONSE AND REPLY DEADLINES FOR CROSS MOTIONS FOR SUMMARY JUDGMENT

Now come the Parties and agree and stipulate that Plaintiff, Edward A. Caniglia, shall have up to and including October 5, 2021 to respond to Defendants' Second Motion for Summary Judgment, and that Defendant, City of Cranston, shall likewise have up to and including October 5, 2021 to respond to Plaintiff's Post-Remand Motion for Summary Judgment. The Parties shall then each have up to and including October 19, 2021, to file replies to the respective responses.

| Defendants, | Plaintiff, |
|---|---|
| By their Attorney, | By his Attorneys, |
| | |
| */s/ Marc DeSisto* | */s/ Thomas W. Lyons* |
| Marc DeSisto, Esq. (#2757) | Thomas W. Lyons, Esq. (#2946) |
| DeSisto Law LLC | Rhiannon S. Huffman, Esq. (#8642) |
| 60 Ship Street | Strauss, Factor, Laing & Lyons |
| Providence, RI 02903 | One Davol Square, Suite 305 |
| (401) 272-4442 | Providence, RI 02903 |
| marc@desistolaw.com | (401) 456-0700 |
| | tlyons@straussfactor.com |
| Dated: September 16, 2021 | |
| | Dated: September 16, 2021 |