UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWARD A. CANIGLIA,
    *Plaintiff,*

v.     C.A. No. 15-525-JJM-LDA

ROBERT F. STROM as the Finance Director
Of the CITY OF CRANSTON, et al.
    *Defendants.*

## **DISMISSAL STIPULATION**

The Parties having reached a Settlement Agreement, including the payment of damages, costs, and attorney's fees to Plaintiff, his counsel and the American Civil Liberties Union Foundation of Rhode Island on behalf of Defendants and all such payments having been made, the Parties hereby agree that:

(1) the cause of action brought by Edward A. Caniglia as Plaintiff against Defendants, Robert F. Strom, as the Finance Director for the City of Cranston, the City of Cranston, Colonel Michael J. Winquist, in his individual capacity, and in his official capacity as Chief of the Cranston Police Department; Captain Russell Henry, Jr., in his individual capacity, and in his official capacity as an officer of the Cranston Police Department; Major Robert Quirk, in his individual capacity, and in his official capacity as an officer of the Cranston Police Department; Sergeant Brandon Barth, in his individual capacity, and in his official capacity as an officer of the Cranston Police Department; Officer John Mastrati, in his individual capacity, and in his official capacity as an officer of the Cranston Police Department; Officer Wayne Russell, in his individual capacity, and in his official capacity as an officer of the Cranston Police Department; and Officer Austin Smith, in his individual capacity, and in his official capacity as an officer of the Cranston

1

Police Department; the Cranston Police Department ("Defendants") is hereby dismissed with prejudice, no interest.

(2) The Court approves the sharing of the attorney's fees and costs with the American Civil Liberties Union Foundation of Rhode Island and finds that the sharing of the tribunal-approved award with the American Civil Liberties Union Foundation of Rhode Island is consistent with this Court's decision in *Inmates of the RI Training School v. Martinez,* 465 F.Supp.2d 131 (D.R.I. 2006), and Rhode Island R.P.C. 5.4(a)(4).

Defendants,
By their Attorney,

*/s/ Marc DeSisto*
Marc DeSisto, Esq. (#2757)
DeSisto Law LLC
60 Ship Street
Providence, RI 02903
(401) 272-4442
marc@desistolaw.com

Dated: April 4, 2022

By Order:

_____

Plaintiff,
By his Attorneys,

*/s/ Thomas W. Lyons*
Thomas W. Lyons, Esq. (#2946)
Rhiannon S. Huffman, Esq. (#8642)
Strauss, Factor, Laing & Lyons
One Davol Square, Suite 305
Providence, RI 02903
(401) 456-0700
tlyons@straussfactor.com

Dated: April 4, 2022

Enter:

_____